THE HONORABLE MICHELLE L. PETERSON

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

JASMINE BUCKMASTER, individually and on behalf of all those similarly situated,

Plaintiff,

v.

TARGET CORPORATION, a Foreign Profit Corporation,

Defendant.

No. 3:25-CV-05375-MLP

**STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER TO STAY**

NOTE ON MOTION CALENDAR: SEPTEMBER 11, 2025

## I. STIPULATED MOTION

Plaintiff Jasmine Buckmaster and Defendant Target Corporation respectfully request that the Court enter an order staying this case. Pursuant to LCR 16(b)(6), there is good cause to modify the scheduling order because the parties have agreed to mediate this case before a third-party mediator. Staying the case will save the Court's resources while the parties attempt to resolve the matter.

On September 4, 2025, counsel for the parties conferred to discuss potential early resolution of this case. The parties agreed to mediation, and it is scheduled for January 21, 2026 with mediator Clifford Freed of Washington Arbitration and Mediation Services. As a result, the parties wish to stay the case and vacate all currently pending deadlines, including all disclosures and discovery. The purpose of the stay is to facilitate mediation of the dispute and to avoid

**Perkins Coie LLP**
1301 Third Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

expenditure of unnecessary costs and resources, and to preserve judicial resources.

This stipulation and order shall not operate as an admission by any party of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim, or objection.

If a stay is granted, the parties will provide the Court with a status report 60 days following the mediation, at which point the parties would ask the Court to set a new case schedule and class certification briefing schedule, as needed. The parties respectfully request that the Court approve this Stipulated Motion and enter an order staying this case.

Dated: September 11, 2025

By: s/ *Emily A. Bushaw*
Emily A. Bushaw, WSBA #41693
Heather Shook, WSBA #56610

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
Email: EBushaw@perkinscoie.com
Email: HShook@perkinscoie.com

*Attorneys for Defendant*

By: s/ *Matthew R. Heyert*
James B. Pizl, WSBA #28969
Matthew R. Heyert, WSBA #43051

**Entente Law PLLC**
315 Thirty-Ninth Ave SW STE 13
Puyallup, WA 98373-3690
Telephone: +1.253.446.7668
Email: jim@ententelaw.com
Email: mheyert@ententelaw.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

Dated this 15th day of September, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Presented by:

By: *s/ Emily A. Bushaw*
Emily A. Bushaw, WSBA #41693
Heather Shook, WSBA #56610

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
Email: EBushaw@perkinscoie.com
Email: HShook@perkinscoie.com

*Attorneys for Defendant*

By: s/ *James B. Pizl*
James B. Pizl, WSBA #28969
Matthew R. Heyert, WSBA #43051

**Entente Law PLLC**
315 Thirty-Ninth Ave SW Ste. 13
Puyallup, WA 98373-3690
Telephone: +1.253.446.7668
Email: jim@ententelaw.com
Email: mheyert@ententelaw.com

*Attorneys for Plaintiff*

STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER TO STAY – 3
(No. 3:25-CV-05375-MLP)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

141494.0018\183571229.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000