The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASMINE BUCKMASTER, individually and on behalf of all those similarly situated,

Plaintiff,

vs.

TARGET CORPORATION, a Foreign Profit Corporation,

Defendant.

Case No. 3:25-cv-05375-MLP

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT

THIS MATTER came before the Court on Plaintiffs' Motion for Final Approval of Class Action Settlement.  The Court has considered all papers and materials submitted by the parties in support of the proposed Settlement Agreement, including Plaintiff's preliminary and final memoranda in support of approval of the Settlement Agreement, and the Declarations of James B. Pizl and Bach-Viet Nguyen on behalf of Simpluris in support of the proposed settlement.

As used herein, all terms defined in the Settlement Agreement shall have the same meaning here.  Having considered these materials and statements at the Final Approval Hearing, the Court, being fully advised, has determined that the proposed Settlement Agreement should be approved as fair, adequate, and reasonable. In making this determination, the Court has considered the likelihood of success of both Plaintiff's claims and Defendant's defenses. The Court has also considered the status and extent of the Parties' investigation, research, discovery, and negotiations

ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT - 1
Case No. 3:25-cv-05375-MLP

**ENTENTE LAW PLLC**
**315 THIRTY-NINTH AVE SW STE 13**
**PUYALLUP, WA  98373-3690**
**(253) 446-7668**

with respect to Plaintiffs' claims and Defendant's defenses.  Finally, the Court finds that all settlement negotiations were conducted in good faith and at arms' length and that there was no collusion. Good cause appearing therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1.      The Court's Order Granting Preliminary Approval of Class Action Settlement dated March 13, 2026 ("Preliminary Order"), which incorporates language (1) Certifying the Settlement Class; (2) Authorizing Notice; and (3) Setting Final Fairness Hearing, is hereby incorporated herein as though fully set forth in this Order Granting Plaintiff's Motion for Final Approval of Class Action Settlement and Dismissing Action with Prejudice ("Final Judgment").

2.      The Court has jurisdiction over the subject matter of this action, the Parties, and the members of the Settlement Class previously certified by the Court. All Settlement Class Members are bound by the Settlement Agreement and this Final Judgment.

3.      The Court hereby approves the Settlement Agreement and finds that it is, in all respects, fair, reasonable, and adequate to the Settlement Class Members.

4.      The Court finds that the Settlement Class Notice ("Notice"), which consisted of an individual notice by first-class mail to the last-known address of each Settlement Class Member, provided the best notice practicable under the circumstances. The Notice provided due and adequate notice of these proceedings and of the matters set forth therein, including the pendency of the action, the terms of the proposed Settlement Agreement, and the procedure for submitting objections to the Settlement Agreement, to all persons entitled to such notice.  The Declaration of Bach-Viet Nguyen confirms that the Notice was mailed in accordance with the terms of the Settlement Agreement and the Court's Preliminary Order. The Court finds and concludes that said Notice fully satisfied the requirements of FRCP 23(e) and the requirements of due process.

5.      No objections to the Settlement Agreement have been communicated to the Settlement Administrator, Settlement Class Counsel or filed with the Court, and none were raised at the Final Approval Hearing.  Settlement Class Members who failed to present objections to the

ENTENTE LAW PLLC
315 THIRTY-NINTH AVE SW STE 13
PUYALLUP, WA  98373-3690
(253) 446-7668

Settlement Agreement are hereby deemed to have waived any such objections and are forever foreclosed from making any objections to the Settlement or appealing this Final Judgment.

6. Consistent with the Settlement Agreement, neither this Final Judgment, nor the fact or substance of the Settlement Agreement, shall be considered a concession or admission by or against the Released Parties of any wrongdoing or legal liability.

7. The Court finds that Plaintiff and Settlement Class Counsel adequately represented the Settlement Class for purposes of entering into and implementing the Settlement.

8. The Court finds that Settlement Class Counsel's request for an award of attorneys' fees and costs is fair and reasonable and hereby approves Settlement Class Counsel's request for a fees' award in the amount of $412,500 plus litigation costs of $5,775.16, which sums shall be paid out of the Common Fund as provided by the Settlement Agreement. This payment is in full and final payment of any claim for fees and costs incurred by counsel for Plaintiff and the Settlement Class in this case.

9. The Court further approves payment in the amount of $20,000 to Jasmine Buckmaster as her Service and Full Release Award, in addition to her pro rata share of the Net Settlement Class Fund under the Settlement Agreement, to be paid by Defendant from the Common Fund, in recognition of her services on behalf of the Settlement Class in this action and her full release of claims.

10. The Court further approves payment in the amount of $90,916 to Simpluris from the Common Settlement Fund for its services provided in the administration of the Settlement.

11. The Parties and the Settlement Administrator are hereby directed to proceed with the settlement payment and administration procedures specified under the terms of the Settlement Agreement. The Parties are hereby authorized, without further approval from the Court, to mutually agree to and adopt such amendments, modifications and expansions of the Settlement Agreement and all exhibits thereto as (i) are consistent in all material respects with this Final

ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT - 3
Case No. 3:25-cv-05375-MLP

ENTENTE LAW PLLC
315 THIRTY-NINTH AVE SW STE 13
PUYALLUP, WA  98373-3690
(253) 446-7668

Judgment, (ii) are consistent with the terms of the Settlement Agreement, and (iii) do not limit the rights of the Settlement Class Members.

12.    The Court hereby dismisses this action and all Released Claims with prejudice as to Jasmine Buckmaster, and all Settlement Class Members, and without costs or attorneys' fees to any party except as provided under the terms of the Settlement Agreement and this Final Judgment. As used herein, and as set forth in the Settlement Agreement, as it relates to the Settlement Class, the term "Released Claims" means any and all claims, rights, demands, liabilities, and causes of action, whether statutory, in tort, contract, or otherwise, alleged in the Case, or that could have been alleged based on the facts pleaded in the Case, arising during the Settlement Class Period against the Released Parties, including claims under the Revised Code of Washington, regulations, and/or other provisions of law, for failure to provide compliant meal periods and associated off the clock work and penalty pay, failure to provide compliant rest periods and associated off the clock work penalty pay, and for intentional or willful withholding of wages, and any claims under any state, federal, or local law arising from the claims in the Case, to the fullest extent permitted by law.

13.    All Settlement Class Members and Plaintiff Jasmine Buckmaster are hereby barred and permanently enjoined from maintaining, prosecuting, commencing, or pursuing any of the Released Claims as set forth in §VI.1(s) of the Settlement Agreement, respectively, against any of the Released Parties, and Plaintiff and all Settlement Class Members shall be conclusively deemed to have released and discharged the Released Parties from any and all such claims.

14.    Without affecting the finality of this Final Judgment for purposes of appeal, the Court reserves jurisdiction over the Parties as to all matters relating to the administration, consummation, enforcement and interpretation of the Settlement Agreement and the Final Judgment, and for any other necessary purposes.

15.    Pending the funding of the settlement amount by Defendant, this case, including all individual and class claims presented thereby, is hereby dismissed, with prejudice.

ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT - 4
Case No. 3:25-cv-05375-MLP

**ENTENTE LAW PLLC**
**315 THIRTY-NINTH AVE SW STE 13**
**PUYALLUP, WA  98373-3690**
**(253) 446-7668**

IT IS SO ORDERED this 10th day of July, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

PRESENTED BY:

ENTENTE LAW PLLC

*/s/ James B. Pizl*
James B. Pizl, WSBA #28969
Daniel J. Teimouri, WSBA #47965
Erica L. Molina, WSBA #57363

jpizl@ententelaw.com
dteimouri@ententelaw.com
erica@ententelaw.com

315 39th Ave SW, Suite 13
Puyallup, WA 98373-3690
Phone: (253) 251-1276

*Class Counsel*

ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT - 5
Case No. 3:25-cv-05375-MLP

**ENTENTE LAW PLLC**
**315 THIRTY-NINTH AVE SW STE 13**
**PUYALLUP, WA  98373-3690**
**(253) 446-7668**